IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| Madilynn Washington,<br><br>              Plaintiff,<br>vs.<br><br>CCS Commercial LLC,<br>a limited liability company,<br><br>              Defendant. | Case No.: 5:21-cv-00425-TES |

## ORDER

Upon the Joint Stipulation to Vacate the Default Judgment and Judgment Awarding Attorneys' Fees and notice to the Court therein that the Parties have reached a Settlement in principal,

NOW the Court taking this into consideration, orders as follows:

ORDERED that the Default Judgment (Doc. 7) in favor of Plaintiff and against Defendant, is hereby vacated; and

ORDERED that Judgment (Doc. 10) granting counsel for Plaintiff Attorney's Fees and Costs is hereby vacated.

SO ORDERED, this 6th day of July, 2022

                                      S/ Tilman E.Self, III
                                      **TILMAN E. SELF, III, JUDGE**
                                      **UNITED STATES DISTRICT COURT**